AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SAVION CHEATHAM | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17 MJ02280 |

Complaint for violation of Title 18, United States Code, Section 371

| NAME OF MAGISTRATE JUDGE<br>HONORABLE ~~MICHAEL WILNER~~ JACQUELINE CHOOLJIAN | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|
| DATE OF OFFENSES<br>Unknown date to September 11, 2017 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 371]

Beginning on a date unknown, and continuing until on or about September 11, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAVION CHEATHAM, and others known and unknown, knowingly and intentionally conspired and agreed with each other to commit armed bank robbery, in violation of Title 18, United States Code, Section 371.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**CATHERINE MOORE**<br>OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)] | DATE<br>September 12, 2017 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA Joanna Curtis x10298    REC: Detention

## AFFIDAVIT

I, Catherine Moore, being duly sworn, hereby state as follows:

### I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since July 1996. I am assigned to the Violent Crimes squad where I have been responsible for investigating violent crimes, including bank robberies as well as murder for hire, extortion, interstate threats and kidnappings within the FBI Los Angeles Division territory. I also completed 16 weeks of training at the FBI Academy at Quantico, Virginia, where I received formal training in criminal investigative techniques.

2. During the course of my employment with the FBI, I have employed, or been involved in investigations which employed, various investigative techniques including court-authorized interception of wire, oral, and electronic communications, pen registers/trap and trace, telephone toll analysis, physical surveillance, confidential sources, cooperating witnesses, search warrants, grand jury proceedings, and financial investigations. Through my training, experience and interaction with other law enforcement officers, I am familiar with the methods employed by bank robbers to take money from banks.

### II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a complaint charging Savion Cheatham ("CHEATHAM") with conspiracy to commit

armed bank robbery, in violation of 18 U.S.C. § 371 (the "Subject Offense"), in the Central District of California.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

5. Between July 18, 2017, and September 1, 2017, a group of two or more individuals conducted at least three takeover-style bank[1] robberies in and around the Los Angeles area. The Los Angeles FBI office, in conjunction with the Los Angeles Police Department ("LAPD") and the Los Angeles Sheriff's Department ("LASD") have worked collectively on this investigation. As set forth below, there is probable cause to believe that CHEATHAM was the getaway driver for armed bank robberies occurring on July 18, 2017, August 15, 2017, and September 1, 2017.

6. With respect to these robberies, the armed bank robber was a female, who disguised her features by wearing wigs, caps, and large-framed sunglasses. After the August 15, 2017 robbery,

---

[1] All of the banks discussed and identified herein are insured by the Federal Deposit Insurance Corporation.

surveillance footage from another business captured what appeared to be the female robber fleeing the scene in a white KIA. Investigators tracked the KIA back to Michelle Edwards ("EDWARDS") and obtained various legal process for EDWARDS' cellular telephone, which ultimately led investigators to Robert St. John ("ST. JOHN"), who was released from federal prison on May 26, 2017 after serving 96 months' imprisonment for bank robbery and is on supervised release to the Honorable Dolly Gee.

7. Believing another robbery was imminent, on September 11, 2017, law enforcement followed EDWARDS and ST. JOHN where they met in Burbank to prepare for another bank robbery. Law enforcement observed that EDWARDS changed the license plate on her rented Jeep Compass; CHEATHAM got into the driver's seat; ST. JOHN got into the front passenger seat; and EDWARDS got into the rear passenger seat. Shortly thereafter, all three suspects were arrested.[2]

## IV. STATEMENT OF PROBABLE CAUSE

8. My knowledge of this investigation is based on my personal knowledge, observations, and involvement, as well as my review of investigative reports, documents, and information received from telephone carriers, as well as conversations with my colleagues who are also assigned to this investigation,

---

[2] On September 11, 2017, the Honorable Paul Abrams, United States Magistrate Judge, signed a complaint and arrest warrants for EDWARDS and ST. JOHN. Additionally, Judge Abrams issued search warrants for ST. JOHN's residence, the vehicle that ST. JOHN drove to Burbank, and EDWARDS' rented Jeep. On September 11, 2017, the Honorable Bridget S. Bade, United States Magistrate Judge for the District of Arizona, issued a search warrant for EDWARDS' residence in Arizona.

including FBI SA Sarah Corcoran, FBI SA Joseph Hamer, FBI SA Cody Burke, LAPD Detective Michael Matsuda, and LAPD Detective Joe Harris, as well as Arizona FBI SA Paul Lee.

9. Based on my participation in the investigation, review of LAPD, LASD, and FBI reports from the incidents described below, conversations with law enforcement officers and agents who were at the scene of these events, and review of cellular telephone data, I am aware of the following:

10. July 18, 2017 Robbery of Chase Bank

a. On July 18, 2017, at approximately 9:50 a.m., an unknown robber, described as a heavyset black female wearing dark medical scrubs, purple latex gloves, large black sunglasses, and short black hair that was possibly a wig, entered the Chase Bank located at 6633 Topanga Canyon Boulevard, Woodland Hills, California.

b. Upon entering the bank, the robber walked to a nearby employee, grabbed the employee's arm, and shoved a black semi-automatic handgun into the employee's side. The robber yelled, "Give me all the money or I'm going to shoot this bitch." Then, the robber pushed the employee to the teller counter and pulled out a large plastic bag. The teller placed money on the counter and the employee put the money into the robber's bag. Throughout the robbery, the robber was heard saying, "give me all the money," "that's not enough," and "don't fucking play." After receiving $15,349, the robber released the employee and said: "thank you! Have a nice day," and left the bank. The robber fled using an unknown mode of transportation.

11. August 15, 2017 Robbery of US Bank

   a. On August 15, 2017, at approximately 12:40 p.m., an unknown robber, described as a black female, between 180 and 200 pounds, between 5'8" and 5'9" tall, wearing black framed sunglasses, dark clothing, and purple latex gloves, entered the US Bank located at 2831 West Avenue L, Lancaster, California.

   b. Upon entering the US Bank, the robber grabbed the arm of a nearby bank employee, shoved a handgun into the employee's side, and told the victim employee to "get the fuck up!" The female pushed the employee to the teller counter and yelled, "everybody get down, this is a robbery!" At the teller station, the female shouted, "give me all of your hundreds and fifties," and the tellers complied. After receiving $11,439, the female left the bank and was seen by witnesses entering a white unknown vehicle, possibly a white Honda Civic.

   c. Following the robbery, investigators viewed security camera footage from a store directly north of the bank. At approximately 12:43 p.m., the robber is seen entering a white KIA, bearing Nevada license plate 61G387 (the "KIA").

12. Identification of Michelle Edwards

   a. Law enforcement identified the KIA as belonging to the Avis Rental Car fleet, rented by EDWARDS from an Avis facility in Chandler, Arizona. The FBI obtained EDWARDS' driver's license information and learned that EDWARDS' driver's license was issued on August 21, 2017. EDWARDS' driver's license states that EDWARDS' reported height is 5'7" and weight is 220 pounds. I reviewed EDWARDS' driver's license photo and

believe it strongly resembles the female who robbed Chase Bank and US Bank.

  b. Based on communications between the LA FBI and Arizona FBI, I know that on August 15 and 17, 2017, local law enforcement observed the KIA parked in the driveway of EDWARDS' residence, located at 1331 East La Salle Street, Phoenix, Arizona ("EDWARDS' RESIDENCE").³

  c. On August 18, 2017, investigators observed that EDWARDS returned the KIA to Avis. The same day, EDWARDS rented another vehicle from Payless Rental Company in Arizona. In connection with the vehicle rental, EDWARDS provided her telephone number, (623) 326-5351, ("EDWARDS' TELEPHONE") to Payless. On August 19, 2017, a Payless employee called EDWARDS' TELEPHONE and spoke to a female who identified herself as EDWARDS.

 13. Telephone Records

  a. EDWARDS' TELEPHONE

   i. On or about August 21, 2017, Judge Christopher Estes of the Superior Court of California, County of Los Angeles, issued a search warrant for prospective GPS information, as well as historical cell site information for EDWARDS' TELEPHONE, which turned out to be a prepaid phone that began service on August 8, 2017.

---

³ On September 11, 2017, the Honorable Bridget S. Bade, United States Magistrate Judge, District of Arizona, issued a search warrant, number 17-7469-MB, for EDWARDS' RESIDENCE in connection with this investigation.

ii. On August 25, 2017, the Honorable Jacqueline Chooljian, United States Magistrate Judge, issued a warrant, 17-MJ-2137(A), authorizing the disclosure of cell site information for EDWARDS' TELEPHONE. The same day, Judge Chooljian issued an order, 17-MJ-2145(A), for a pen register and trap and trace device on EDWARDS' TELEPHONE.

iii. Based on the historical cell site records provided by T-Mobile to the LASD, EDWARDS' TELEPHONE was in Phoenix, Arizona as of 4:51 a.m. on August 15, 2017. As of 12:35 p.m., on August 15, 2017, minutes before the US Bank robbery, EDWARDS' TELEPHONE hit off a cellular tower located at 2831 Avenue L, Lancaster, California, which is located in the same parking lot as US Bank. Based on the same records, on August 15, 2017, EDWARDS' TELEPHONE was back in Arizona by 5:50 p.m. This is consistent with EDWARDS leaving her residence in Phoenix, Arizona, driving to Lancaster, California to rob the US Bank, and returning home to Phoenix, Arizona.

b. IDENTIFICATION OF ST. JOHN[4]

i. Based on review of the historical call detail records that T-Mobile provided for EDWARDS' TELEPHONE, EDWARDS' TELEPHONE was in contact with 818-814-3952, subscribed to ST. JOHN, at 2832 W. Avenue K8, Apartment 20, Lancaster, California ("ST. JOHN'S TELEPHONE"). Based on review of the records, EDWARDS' TELEPHONE and ST. JOHN'S TELEPHONE were in

---

[4] On September 8, 2017, I reviewed records received from the Bureau of Prisons and found that ST. JOHN served the last two years of his custodial sentence at FCI Phoenix. EDWARDS was registered as a visitor for ST. JOHN and visited ST. JOHN on December 11, 2016 and February 27, 2017.

contact with each other on August 15, 2017 at approximately 6:24 a.m., 9:54 a.m., 10:00 a.m., 10:32 a.m., and 11:13 a.m. Between 6:24 a.m. and 11:13 a.m., ST. JOHN'S TELEPHONE is the only number in contact with EDWARDS' TELEPHONE. Additionally, EDWARDS' TELEPHONE and ST. JOHN'S TELEPHONE were both activated on August 8, 2017.

        c.  My investigation into ST. JOHN revealed that on January 24, 2011, ST. JOHN was convicted in the Central District of California, in case number CR 10-596-DMG, of bank robbery and attempted bank robbery, in violation of 18 U.S.C. § 2113(a), for which he received 96 months' imprisonment, three years' supervised release, $21,238 in restitution, and a $200 special assessment.[5] Publically available Bureau of Prison records revealed that ST. JOHN was released from custody on May 26, 2017.

        d.  On August 31, 2017, the Honorable Alexander F. MacKinnon, United States Magistrate Judge, issued a warrant, case number 17-MJ-2190, authorizing the release of cell site information and use of a cell site simulator for ST. JOHN'S TELEPHONE.

    14.  <u>September 1, 2017 Robbery of Chase Bank</u>

        a.  On or about September 1, 2017, at approximately 10:14 a.m., an unknown black female entered Chase Bank, located at 6633 Topanga Canyon Boulevard, Woodland Hills, California.[6] The female was described as a heavyset black female, between

---

[5] <u>See</u> CR 10-596-DMG, CR 92.

[6] This is the same bank that was robbed on July 18, 2017.

5'6" and 5'10" tall, wearing dark sunglasses, a light grey hoodie pullover, a black beanie cap, a black shiny short wig, and white latex gloves. Based on surveillance footage I have reviewed and witness statements, the unknown black female robber is consistent with EDWARDS' physical characteristics.

  b. Upon entry into the bank, the female robber grabbed a bank employee's arm and shoved a black semi-automatic handgun into the employee's side. The victim employee reported to investigators that the female robber looked at him with a smirk on her face and said something to the effect of, "you know what's about to happen," before instructing the bank patrons to get on the ground. The female robber pushed the employee to the teller counter and announced, "this is a robbery." The female robber fled after receiving $20,192.91 in cash from Chase Bank.

  c. A bank employee who works as a relationship banker was seated at his cubicle when the robber entered the bank. On September 1, 2017, the relationship banker recognized the robber as the same female who robbed the branch on July 18, 2017. On September 7, 2017, FBI SA Sean Sterle, FBI SA Michael Gee, and LAPD Detective Joseph Harris showed the relationship banker a six-pack photographic line-up. The relationship banker selected the photo of EDWARDS as the robber from both the July 18, 2017 and September 1, 2017 robberies.

  d. On September 7, 2017, FBI SA Sterle, FBI SA Gee, and Detective Harris showed the six-pack photographic line-up to the bank employee who was the victim teller in the July 18, 2017 robbery and held at gun-point in the September 1, 2017 robbery.

The employee was not able to decide which suspect photo was that of the robber. However, on September 1, 2017, this employee reported to investigators that he was certain that the woman who held a gun at his side during the September 1, 2017 robbery was the same woman who robbed him during the July 18, 2017 robbery.

  e. On September 5, 2017, I received a Real Time Tool ("RTT") Report from Verizon. RTT is Verizon's term for geo location information. Pursuant to the RTT Report, on September 1, 2017, between 10:03 a.m. and 10:16 a.m., EDWARDS' TELEPHONE was in or around Chase Bank's parking lot. Furthermore, the RTT Report showed that at 2:16 p.m., EDWARDS' TELEPHONE was located east of Palm Springs on Interstate-10, consistent with a return trip to Phoenix, Arizona.

  f. Cell site information provided by Metro PCS for ST. JOHN'S TELEPHONE revealed that on September 1, 2017, at approximately 10:15 a.m., ST. JOHN'S TELEPHONE was using a cell tower located in the Chase Bank parking lot while it was being robbed.

  15. Arrest of CHEATHAM, EDWARDS, and ST. JOHN

  a. On or about September 10, 2017, the LAPD obtained a vehicle tracking warrant for a Jeep rented by EDWARDS. Later that day, San Diego FBI SA Alex Esconde and a team installed the tracker on the Jeep when EDWARDS was observed in that area.

  b. On September 11, 2017, at approximately 7:30 a.m., LAPD officers, relying on geo-location information provided pursuant to the installed tracker, intercepted the Jeep and followed it until it arrived at a parking lot located at 201

N. Front Street, Burbank, California. Law enforcement observed that EDWARDS and CHEATHAM met with ST. JOHN. Officers further observed EDWARDS walk to a white Chevrolet truck and bend down near the bumper. EDWARDS then returned to the Jeep and entered as the driver. ST. JOHN and CHEATHAM entered as passengers. Officers observed the Jeep leave the parking lot and noted that the license plate had been changed from its Arizona plate to a California license plate. It is believed that EDWARDS had obtained the California license plate from the white Chevrolet truck in the parking lot.

  c. Thereafter, law enforcement observed that EDWARDS drove the Jeep to an ARCO AM/PM gas station located at 5800 San Fernando Road, Glendale, California. EDWARDS, ST. JOHN, and CHEATHAM exited the Jeep and when they re-entered, CHEATHAM was the driver, ST. JOHN was in the front passenger seat, and EDWARDS was in the left rear seat. Before the vehicle left the gas station, at approximately 9:40 a.m., officers initiated an arrest.

  16. EDWARDS' Post-Miranda Statement

  a. On September 11, 2017, FBI SA Sarah Corcoran and LAPD Detective Joe Harris advised EDWARDS of her Miranda rights. EDWARDS stated she understood her rights and agreed to speak with investigators. As soon as EDWARDS had an opportunity to speak, she told investigators she wanted to tell them everything. EDWARDS confessed to being the female robber in the robberies identified herein. EDWARDS told investigators that ST. JOHN orchestrated the robberies. EDWARDS told the

investigators that CHEATHAM was the getaway driver for five of the robberies. EDWARDS told investigators that she gave CHEATHAM $500 out of her share of the proceeds every time CHEATHAM was the getaway driver. EDWARDS told investigators that she, ST. JOHN, and CHEATHAM were preparing to rob another bank when intercepted by law enforcement.

17. CHEATHAM'S POST-MIRANDA STATEMENT

    a. On September 11, 2017, FBI SA Joseph Hamer and LASD Detective Matsuda advised CHEATHAM of his Miranda rights. CHEATHAM stated he understood his rights, agreed to speak with investigators, and initialed and signed the FBI's Miranda waiver form. Initially, CHEATHAM denied being involved in the bank robberies. Later that day, SA Hamer and LAPD Detective Joe Harris re-initiated the interview of CHEATHAM and reminded CHEATHAM of his Miranda rights, at which time CHEATHAM agreed to continue speaking with law enforcement. Thereafter, CHEATHAM confessed to being the getaway driver for the three robberies identified herein.

18. SEARCH OF JEEP

    a. On September 11, 2017, FBI agents searched the Jeep in which CHEATHAM, EDWARDS, and ST. JOHN were apprehended. Inside the Jeep, agents found a dark hoodie, dark shoes, a dark-colored backpack, a wig, sunglasses, dark cloth gloves, six cellular telephones, two of which belonged to CHEATHAM, rental car paperwork, and Daisy BB gun resembling a Glock that shoots BBs.

## V. CONCLUSION

19. For all the reasons described above, there is probable cause to believe that CHEATHAM conspired to commit armed bank robbery, in violation of Title 18, United States Code, Section 371.

```
                                    _____
                                    CATHERINE MOORE, Special Agent
                                    Federal Bureau of
                                    Investigation
```

Subscribed to and sworn before me
this 12th day of September, 2017.

_____
HONORABLE ~~MICHAEL WILNER~~ JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE